Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
Elmira Mae Hamilton

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ELMIRA MAE HAMILTON, | Case No.: 1:15-cv-01303-BAM |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of dismissal filed on February 19, 2016 (Doc. 10), this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorney's fees, costs and expenses.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 22, 2016**                /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

-1-